```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IVAN MARTINEZ, Individually and on Behalf : 17-Cv-3256 (SHS)
of All Others Similarly Situated, *ET AL.*,

                Plaintiffs,      ORDER

    -against-

TB 584 AMSTERDAM REST. CORP., *ET AL.*,

                Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      A pretrial conference having been held today, with counsel for all parties present, and the parties having fulfilled the directive of the Court Order dated April 18, 2018 [Doc. No. 34] that Mr. Coyotecatl file his consent to join the collective action [Doc. No. 35] and that the parties clarify by letter [Doc. No. 37] that the non-disparagement provision in paragraph 7 of the settlement agreement is to be construed to pertain to both parties,

      IT IS HEREBY ORDERED that:

      For the reasons set forth on the record today, the settlement agreement is approved pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), consistent with the factors enumerated in *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012).

Dated:    New York, New York
           May 3, 2018

                                     SO ORDERED:

                                     _____
                                     Sidney H. Stein, U.S.D.J.